UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DDR HOMESTEAD LLC, a Delaware limited liability company,

Plaintiff,

CASE NO. 15-cv-21739-JEM

v.

CHALAK-MIAMI 2, LLC d/b/a GENGHIS GRILL, a Delaware limited liability company, AKASH BHAKTA, CHETAN BHAKTA, RONAK PARIKH, NIKUNJ BHAKTA and RICARDO WARMAN,

Defendants.
_______________________________________/

**DEFENDANTS' ANSWER & AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT**

Defendants, CHALAK-MIAMI 2, LLC d/b/a GENGHIS GRILL ("CHALAK-MIAMI"), AKASH BHAKTA, CHETAN BHAKTA, RONAK PARIKH, NIKUNJ BHAKTA and RICARDO WARMAN, by and through their undersigned counsel, hereby file their Answer & Affirmative Defenses to Plaintiff's Amended Commplaint as follows:

**ANSWER**

1. Denied.
2. Without knowledge
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.

9. Defendants admits that this Court has diversity jurisdiction, but denies all other allegations of paragraph 9.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Admitted.

19. Denied.

20. Admitted.

21. Denied.

22. Admitted.

23. Denied.

24. Admitted.

25. Denied.

26. Admitted.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Without knowledge.

32. Without knowledge.

33. Admitted.

34. Admitted.

35. Admitted.

36. Admitted.

37. Admitted that the Notice was sent, but denied as to the facts or position stated in the Notice.

38. Admitted.

39. Admitted.

40. Admitted.

41. Admitted.

42. Admitted.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Defendants reincorporate all of their answers to paragraphs 1 through 47 above.

49. Denied.

50. Admitted.

51. Denied.

52. Defendants reincorporate all of their answers to paragraphs 1 through 47 above.

53. Denied.

54. Admitted.

55. Admitted.

56. Denied.

57. Defendants reincorporate all of their answers to paragraphs 1 through 47 above.

58. Denied.

59. Admitted.

60. Admitted.

61. Denied.

62. Defendants reincorporate all of their answers to paragraphs 1 through 47 above.

63. Denied.

64. Admitted.

65. Admitted.

66. Denied.

67. Defendants reincorporate all of their answers to paragraphs 1 through 47 above.

68. Denied.

69. Admitted.

70. Admitted.

71. Deied.

72. Defendants reincorporate all of its answers to paragraphs 1 through 47 above.

73. Denied.

74. Admitted.

75. Admitted.

76. Denied.

77. Defendants have not answered Counts 7 through 16, paragraphs 77 through 150 of the Amended Complaint because those counts have been dismissed.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiff is not entitled to collect any accelerated rent because the Plaintiff took possession of the premises for its own account, or otherwise released the Defendant tenant and guarantors from further liability by exercising dominion and control over the premises for its own purposes, and to the exclusion of any possessory rights of the Defendants.

### SECOND DEFENSE

In the event it is determined that the Plaintiff re-took possession of the premises for its own account, then the Defendants' liability should be limited to accrued rent through that date, and the Defendants would assert that the Plaintiff's claim for accelerated rent is barred by the doctrines of waiver and estoppel.

### THIRD DEFENSE

Plaintiff is barred from any recovery because it has failed to mitigate its damages.

## FOURTH DEFENSE

The Defendants are entitled to a set off against Plaintiff's alleged damages for the value of the Defendants' physical improvements in and to the premises, which are of benefit to the Plaintiff.

## FIFTH DEFENSE

The Defendants are entitled to a credit against any damages assessed against them for the reasonable value of the rent actually received or which could be received by the Plaintiff through a reasonable and diligent effort to mitigate its alleged damages.

WHEREFORE, having fully answered the Amended Complaint and having raised defenses thereto, Defendants respectfully request that the instant action be dismissed and that Defendants be awarded its costs, including reasonable attorneys' fees incurred in defense thereof.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, to wit: DAVID AXELMAN, ESQ., MCDONALD HOPKINS LLC, Attorneys for Plaintiff, 200 South Biscayne Boulevard, Suite 2600, Miami, FL 33131 and RICHIK SARKAR, ESQ., MCDONALD HOPKINS LLC, Fifth Third Center, Suite 2100, 600 Superior Avenue, East, Cleveland, OH 44114, this 28th day of August, 2015.

**ROTH & SCHOLL**
**Attorneys for Defendants**
**866 South Dixie Highway**
**Coral Gables, FL 33146**
**Telephone: (305) 662-4141**
**Fax: (305) 662-3816**
**Email:** jeff@rothandscholl.com

**BY: /s/ Jeffrey C. Roth**
**JEFFREY C. ROTH**
Florida Bar No. 331562