**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:15-CV-21739-MARTINEZ/MCALILEY**

DDR HOMESTEAD LLC, a Delaware limited liability company,

Plaintiff,

v.

CHALAK-MIAMI 2, LLC d/b/a GENGHIS GRILL, a Delaware limited liability company; AKASH BHAKTA; CHETAN BHAKTA; RONAK PARIKH; NIKUNJ BHAKTA; and RICARDO WARMAN,

Defendants.
_________________________________________/

**JOINT STIPULATION OF DISMISSAL**

Plaintiff DDR Homestead LLC ("Plaintiff"), by and through its attorney, Richik Sarkar, and Defendants Chalak-Miami 2, LLC and Akash Bhakta, Chetan Bhakta, Ronak Parikh, Nikunj Bhakta, and Ricardo Warman (collectively, the "Defendants"), by and through their attorney, Jeffery C. Roth stipulate and agree as follows:

1. The parties jointly stipulate to dismissal of all claims in this action with prejudice.

2. The parties request that the Court reserve jurisdiction to enforce the Settlement Agreement between the parties dated June 7, 2016.

3. The parties jointly stipulate that Plaintiff shall be entitled to immediately reopen this action and request that the Court enforce the Settlement Agreement by filing an Affidavit of Nonpayment with the Court if Defendants breach the Settlement Agreement.

DATED this 7th day of May, 2016.

<u>*/s/ Richik Sarkar*</u>
Richik Sarkar, Esq.
Ohio Bar No. 0069993
*Admitted Pro Hac Vice*
**McGlinchey Stafford**
25550 Chagrin Boulevard, Suite 406
Cleveland, OH 44122-4640
Tele: (216) 378-9905
rsarkar@mcglinchey.com
*Counsel for Plaintiff*

<u>*s /Jeffery C. Roth*</u>
Jeffery C. Roth
Fla. Bar No. 331652
**Roth & Scholl**
**866 South Dixie Highway**
Coral Gables, Florida 33146
Tele: (305) 662-4141
jeff@rothandscholl.com
*Counsel for Defendants*