UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 15-21739-CIV-MARTINEZ-GOODMAN**

DDR HOMESTEAD LLC, a Delaware limited liability company,

Plaintiff,

vs.

CHALAK-MIAMI 2, LLC d/b/a GENGHIS GRILL, et al.,

Defendants.
_______________________________________/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal [D.E. No. 71] with prejudice. It is:

**ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**. The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of June, 2016.

_______________________________
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record