**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| DDR Homestead LLC, a Delaware Limited Liability Company, | ) | Case No. 1:15-CV-21739 |
| | ) | Judge Martinez/McAliley |
| Plaintiff, | ) | |
| vs. | ) | |
| CHALAK-MIAMI 2, LLC d/b/a GENGHIS GRILL, a Delaware limited liability company, *et al.*, | ) | **PLAINTIFF'S NOTICE OF WITHDRAWAL OF (1) NOTICE OF AFFIDAVIT OF NON-PAYMENT; (2) NOTICE OF AFFIDAVIT OF NONPAYMENT FILED UNDER SEAL; AND (3) MOTION FOR FINAL JUDGMENT FOLLOWING BREACH** |
| Defendants. | ) | |

Plaintiff DDR Homestead LLC ("DDR"), by and through its undersigned counsel, hereby gives notice of its withdrawal of its Motion to Seal Settlement Affidavit [DE 73], Notice of Affidavit of Non-Payment Under Seal [DE 74] and, Notice of Affidavit of Nonpayment Filed Under Seal [DE 74] and Motion for Final Judgment Following Breach [DE 76]. DDR no longer intends to prosecute such matters due to the amicable resolution of the case.

Dated: This 9th day of March, 2017.

*/s/ Manuel Farach* ___
Manuel Farach, Esq.
Florida Bar No. 612138
Gavin W. MacMillan, Esq.
Florida Bar No. 0037641
**McGlinchey Stafford**
One East Broward Boulevard, Suite 1400
Ft. Lauderdale, FL 33301
Tel: (954) 356-2501/Fax: (954) 756-8064
mfarach@mcglinchey.com
gmacmillan@mcglinchey.com
nalicea@mcglinchey.com

*/s/ Richik Sarkar* ________________
Richik Sarkar, Esq.

Ohio Bar No. 0069993 (*admitted pro hac vice)*
**McGlinchey Stafford**
25550 Chagrin Boulevard, Suite 406
Cleveland, OH 44122-4640
Tele: (216) 378-9905/Fax: (216) 378-9910
rsarkar@mcglinchey.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing *Plaintiff's Notice of Withdrawal of Motion to Seal Settlement Affidavit, Notice of Affidavit of Non-Payment Under Seal, Notice of Affidavit of Nonpayment Filed Under Seal* and *Motion for Final Judgment Following Breach* was filed this 9th day of March, 2017. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Jeffrey C. Roth jeff@rothandscholl.com
*Counsel for Defendants*

*/s/ Manuel Farach, Esq.* ___________
Manuel Farach, Fla. Bar No. 612138